**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. _____

DONNA M. SANDS AND ROBERT C. SANDS,

    Plaintiffs,

v.

INTEGON NATIONAL INSURANCE COMPANY,

    Defendant.

---

**NOTICE OF REMOVAL BY DEFENDANT**

---

To:    Michael S. Burg, Reg. No. 7143
Thomas W. Henderson, Reg. No. 16892
Holly B. Kammerer, Reg. No. 21752
Jessica L. Derakhshanian, Reg. No. 46288
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, Colorado 80112

District Court, Boulder County, Colorado
1777 6th Street
Boulder, Colorado 80302

**I.**    **NOTICE OF REMOVAL.**

Defendant, Integon National Insurance Company ("Defendant"), hereby files this Notice of Removal from the District Court, Douglas County, Colorado to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §1441(a) and §1446, on the grounds that this Court has diversity jurisdiction over the subject matter of

{00559598.DOCX / 1 }    1

2

this action pursuant to 28 U.S.C. §1332.  In support of this Notice of Removal, Defendant states:

1. On or about March 8, 2018, Plaintiffs, Donna M. Sands and Robert C. Sands ("Plaintiffs"), filed a Complaint in the District Court, Boulder County, Colorado, Case No. 2018CV30224.  (True and correct copies of the original Complaint and Jury Demand, Summons, and Civil Cover Sheet are collectively and concurrently filed herewith as **Exhibit 1**.)

2. On or about March 9, 2018, service of the District Court Civil Summons, Plaintiffs' Complaint and Jury Demand, as well as the Colorado District Court Civil Case Cover Sheet, was made upon Defendant by serving Defendant's registered agent, the Colorado Commissioner of Insurance.  The Colorado Commissioner of Insurance, in turn, forwarded the pertinent pleadings to Corporation Service Company ("CSC"), and CSC received the pleadings on March 19, 2018.  On March 20, 2018, CSC served the Summons and Complaint upon Defendant.  (True and correct copies of the Affidavit of Service, Notice of Service of Process of the Summons, Complaint and Jury Demand, District Court Civil Case Cover Sheet, etc., are concurrently filed herewith as **Exhibit 2**.)

3. Filed concurrently herewith as **Exhibit 3** is Defendant's Supplemental Civil Cover Sheet for Notice of Removal.

4. Filed concurrently herewith as **Exhibit 4** is a copy of the Docket generated by the District Court for the State of Colorado, Boulder County for the above-captioned action.

5.  This Notice of Removal should not be construed as a general appearance, as consent to the Court's personal jurisdiction over Defendant or as a waiver of any defense.

6.  No responsive pleading has been filed by Defendant.

7.  28 U.S.C. §1441(a) provides that:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

8.  This Court has jurisdiction over the action pursuant to 28 U.S.C. §1332(a), which provides, in pertinent part, "The district courts shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between … (1) citizens of different States…."

9.  Here, Plaintiff seeks a money judgment in excess of $75,000, alleging claims for (1) Breach of Contract; (2) Violation of C.R.S. §§ 10-3-1115 and 10-3-1116; and (3) Common Law Bad Faith in an amount in excess of $100,000.

10. Plaintiffs are residents of the State of Colorado.

11. Defendant is an insurance company registered in the State of North Carolina, with its principal office located at 5630 University Parkway, Winston-Salem, North Carolina 27105-1312.

Case 1:18-cv-00714-PAB-NYW   Document 1   Filed 03/27/18   USDC Colorado   Page 4 of 5

12. Based upon the foregoing, this Court has jurisdiction over this matter, in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

13. Defendant files this Notice or Removal within 30 days after receipt of Plaintiffs' Complaint.

14. Defendant consents to removal of this case.

15. Defendant has served Plaintiffs with written notice of the filing of this Notice of Removal and copies of documents required by 28 U.S.C. §1446(a). In accordance with 28 U.S.C. §1446(d), Defendant has also filed a copy of the Notice of Removal with the District Court for Boulder County, Colorado.

16. As of this filing, there are no hearings set and no motions pending before the District Court for Boulder County, Colorado.

## II.   CONCLUSION.

For the foregoing reason, Defendant, Integon National Insurance Company removes the case, which was filed in the District Court, Boulder County, Colorado, from state to federal court.

Respectfully submitted this 27th day of March, 2018.

    */s/ David S. Canter*
    David S. Canter, Reg. No. 34257
    FOSTER GRAHAM MILSTEIN & CALISHER, LLP
    *DCanter@fostergraham.com*
    360 South Garfield Street, 6th Floor
    Denver, Colorado 80209
    Phone: 303-333-9810
    Facsimile: 303-333-9786
    *Attorneys for Defendant,*
    *Integon National Insurance Company*

{00559598.DOCX / 1}    4

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL BY DEFENDANT** with the Clerk of the Court using the ECF system, and served via electronic mail to the following:

Michael S. Burg, Reg. No. 7143
Thomas W. Henderson, Reg. No. 16892
Holly B. Kammerer, Reg. No. 21752
Jessica L. Derakhshanian, Reg. No. 46288
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, Colorado 80112
*Attorneys for Plaintiffs,*
*Donna M. Sands and Robert C. Sands*

/s/   *Sabrina Robinson*
Sabrina Robinson, Paralegal