# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00714-PAB-NYW

DONNA M. SANDS and ROBERT C. SANDS,

    Plaintiffs,

v.

INTEGON NATIONAL INSURANCE COMPANY,

    Defendant.

## PLAINTIFFS' UNOPPOSED MOTION TO DISMISS ROBERT C. SANDS' CLAIMS

Plaintiffs, Robert C. Sands and Donna M. Sands, by and through their undersigned counsel, hereby submit the following Unopposed Motion to Dismiss Robert C. Sands' Claims:

### Certificate of Conferral Pursuant to D.C. Colo. LCivR 7.1

On June 13, 2018, counsel for Plaintiffs conferred with counsel for Defendant regarding the relief sought herein. Defense counsel indicated that Defendant does not oppose this motion, including the relief herein requests of dismissing the claims of Mr. Sands, without prejudice, with each party to bear their own costs and attorneys' fees.

### RELIEF REQUESTED

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs move to dismiss without prejudice all claims brought by Plaintiff Robert C. Sands and against Defendant Integon National Insurance Company, with each party to bear their own costs and attorneys' fees.

WHEREFORE, the Plaintiffs herewith move that Robert C. Sands' claims be dismissed, without prejudice, with each party to bear their own costs and attorneys' fees, and that the caption be amended to reflect that Donna M. Sands is the only remaining Plaintiff.

DATED this 15th day of June, 2018.

        *(Original signature on file at Burg Simpson Eldredge Hersh & Jardine, P.C.)*

        */s/ Thomas W. Henderson*
        Michael S. Burg
        Thomas W. Henderson
        Holly B. Kammerer
        Jessica L. Derakhshanian
        Burg Simpson Eldredge Hersh & Jardine, P.C.
        40 Inverness Drive East
        Englewood, CO 80112
        Telephone: (303) 792-5595
        E-mail: mburg@burgsimpson.com
                thenderson@burgsimpson.com
                hkammerer@burgsimpson.com
                jderakhshanian@burgsimpson.com

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2018, I electronically filed PLAINTIFFS' UNOPPOSED MOTION TO DISMISS ROBERT C. SANDS' CLAIMS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David S. Canter
Canter Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, Suite 600
Denver, CO 80209
Telephone: (303) 333-9810
E-mail: dcanter@fostergrahm.com
*Attorneys for Defendant Integon National Insurance Company*

                                                                          */s/ Natalie N. Perry*