## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00714-PAB-NYW

DONNA M. SANDS and ROBERT C. SANDS,

    Plaintiffs,

v.

INTEGON NATIONAL INSURANCE COMPANY,

    Defendant.

## PROPOSED ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO DISMISS ROBERT C. SANDS' CLAIMS

THE COURT, having reviewed PLAINTIFFS' UNOPPOSED MOTION TO DISMISS ROBERT C. SANDS' CLAIMS and being fully advised thereon, hereby GRANTS Plaintiffs' Motion.

It is ORDERED that Robert C. Sands' claims be dismissed, without prejudice, with each party to bear their own costs and attorneys' fees, and that the caption be amended to reflect that Donna M. Sands is the only remaining Plaintiff.

SO ORDERED this _____ day of _____, 2018.

                                          BY THE COURT:

                                          _____
                                          Philip A. Brimmer
                                          United States District Court Judge